IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr243-MHT |
| | ) | (WO) |
| HOWARD JAMES SMITH | ) | |

ORDER

Based on the representations made on the record on January 11, 2019, it is ORDERED that a hearing on the following two issues is set for January 31, 2019, at 2:00 p.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama: (1) defendant Howard James Smith's motion for pretrial release (doc. no. 203) (in which the primary issue appears to be whether defendant Smith is receiving his needed mental-health treatment and medication); and (2) the issue of whether defendant Smith needs a competency-to-stand trial evaluation. *See United States v. Smith,* 3:07cr256-MHT (M.D. Ala. April 9, 2008) (doc. no. 78). By January 28, 2019, the parties are to file briefs that include a recitation of the applicable law and a summary of the evidence which

they intend to present at the January 31 hearing, including that which they have gathered since the January 11 conference call.

DONE, this the 22nd day of January, 2019.

                                       /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**