IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr243-MHT |
| | ) | (WO) |
| HOWARD JAMES SMITH | ) | |

ORDER

Upon consideration of the government's motion to dismiss defendant from Forfeiture Allegations 1 and 2 of the superseding indictment, it is ORDERED that the motion (doc. no. 397) is granted, and defendant Howard James Smith is hereby dismissed from Forfeiture Allegations 1 and 2 of the superseding indictment (doc. no. 160).

DONE, this the 24th day of July, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE