IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr243-MHT |
| | ) | (WO) |
| HOWARD JAMES SMITH | ) | |

ORDER

It is ORDERED that the clerk of court is to send the attached letter to counsel for defendant Howard James Smith for appropriate action, if any. In the letter, defendant Smith complains about lack of allegedly needed medications and other things.

DONE, this the 20th day of August, 2019.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE