IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )       CRIMINAL ACTION NO.
     v.                     )          2:18cr243-MHT
                            )              (WO)
HOWARD JAMES SMITH          )

ORDER

It is ORDERED that defendant Howard James Smith's motion for compassionate release (Doc. 785) is denied. Defendant Smith failed to establish that "extraordinary and compelling reasons warrant" a sentence reduction. 18 U.S.C. § 3582(c)(1)(A)(i). In addition, the court found that the 18 U.S.C. § 3553(a) factors did not support a sentence reduction. Finally, the motion is now moot because the pandemic is over and the Federal Bureau of Prisons website shows that defendant Smith is no longer being held at a federal prison. *See* Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited April 19, 2026).

DONE, this the 21st day of April, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE