IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )      CRIMINAL ACTION NO.
     v.                      )        2:18cr243-MHT
                             )            (WO)
HOWARD JAMES SMITH           )
```

ORDER

It is ORDERED that:

(1) The government's motion for an order authorizing the disclosure of protected health information (Doc. 789) is granted.

(2) The government's motion to seal (Doc. 791) is granted.

DONE, this the 21st day of April, 2026.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE