IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )     CRIMINAL ACTION NO.
     v.                       )        2:18cr243-MHT
                              )             (WO)
HOWARD JAMES SMITH            )
```

ORDER

It is ORDERED that defendant's Howard James Smith's motion for a sentence reduction under the First Step Act (Doc. 800) is denied. Defendant Smith was sentenced in 2020, after the First Step Act of 2018 had already gone into effect, so he already benefited from the revised sentencing provisions in the Act and is not entitled to any further reduction.

DONE, this the 21st day of April, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE